Note.—See under (1) 29 Cyc. pp. 489, 600; 33 Cyc. p. 1091; anno. L. R. A. 1917E, pp. 197; 209; 240; 22 R. C. L. p. 113; 3 R. C. L. Supp. p. 1233; 4 R. C. L. Supp. 1456; 5 R. C. L. Supp. 1194. (2) 33 Cyc. pp. 1042, 1068. (3) 33 Cyc. p. 1099.

---

### NOWLAN v. HARNER OIL CO. et al.

No. 16602—Opinion Filed May 25, 1926.

**1. Appeal and Error—Review—Sufficiency of Evidence to Support Verdict.**

The judgment of a court, based upon the verdict of a jury, in a law action, will not be reversed on appeal, if there is any com- petent evidence which reasonably tends to support the verdict of the jury.

**2. Same—Recovery on Note Sustained.**

Record examined; held, sufficient to sup- port judgment in favor of the plaintiffs.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Rogers County; O. H. Baskin, Judge.

Action by Sam F. Wilkerson et al. against Harner Oil Co. et al. on a negotiable note. Judgment for plaintiffs, and Harry H. Now- lan brings error. Affirmed.

E. M. Connor, for plaintiff in error.

Jennings, Hall & Battenfield, for defend- ants in error.

Opinion by STEPHENSON, C. Sam F. Wilkerson et al. commenced their action a- gainst Harner Oil Company et al. to recover for debt on a non-negotiable note. The trial of the cause resulted in judgment for the plaintiffs. Harry H. Nowlan perfected his appeal for review of the proceedings had in obtaining the judgment. The main error complained about is that the court permitt- ed the plaintiffs to amend their petition to show that the note was executed on May 1, 1920, instead of January 1, 1920. The re- cord does not indicate that the defendants were misled to their prejudice, nor does the record show a proper motion for a contin- uance in order to enable the defendants to meet the amendment. The court did not commit error in this respect. Kingfisher Mill & Elevator Co. v. Westbrook et al., 79 Okla. 190, 192 Pac. 211.

There is sufficient competent evidence to

support the verdict in favor of the plaintiffs. Young v. Eaton, 82 Okla. 166, 198 Pac. 857. The judgment is affirmed.

By the Court: It is so ordered.

Note.—See under (1) 4 C. J. p. 853 § 2834; 2 R. C. L. p. 194; 1 R. C. L. Supp. p. 433; 4 R. C. L. Supp. p. 90; 5 R. C. L. Supp. p. 79. (2) 4 C. J. p. 1130 § 3122.